973 A.2d 408

**Willie E. POLITE, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 27, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**